THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 15, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| IN RE: | ) | |
| --- | --- | --- |
| **Paula Forbes** | ) | **Case No. 18-28767-beh** |
| | ) | |
| Debtor. | ) | |
| | ) | Chapter 13 |
| | ) | |

### ORDER TO VOLUNTARILY DISMISS CASE

Upon consideration of the Debtor's motion to dismiss this Chapter 13 bankruptcy case,

IT IS THEREFORE ORDERED: this bankruptcy case is dismissed, effective immediately.

#####

Drafted By: Attorney Richard A. Check
757 N. Broadway, Ste. 401
Milwaukee, WI 53202
Phone: (414) 223-0000
Fax: (414) 223-3245